# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2287
Lower Tribunal No. 2022-DR-004251

_____

DENNIS JUNIOR RAMKISSOON,

Appellant,

v.

MICHELLE WRIGHT,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

December 20, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Dennis Junior Ramkissoon, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED